In re Colwell, Cecil N.; Colwell, Jo Ann Buckner; Martinez, Joseph L.; Martinez, Patricia A.; McGuire, Henry Aryon; McGuire, Sondra B.; Boyd, Jimmy F.; Boyd, Billy Jean; Peter, Joseph W.; Peter, Betty Jo; Hutchinson, Carl S.; Hutchinson, Cherie; McDaniel, Samuel K.; McDaniel, Cindy F.; Austin, James R.; Austin, Sue M.; Dettenheim, Edward N.; Dettenheim, Mary Alice; Bostick, George; Bostick, Patsy W.; Grand, Gary S.; Stewart, Pete; Clary, Harold; Clary, Patricia G.; McCul-len, Ralph; McCullen, Elaine S.; Mercante, Andrew J.; Mercante, Mary Ann; Glass, Austin; Glass, Adrienne R.; Mullinnis, William A.; Mullinis, Deborah M.; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA86 0041; Parish of East Baton Rouge, 19th Judicial District Court, Div. “H”, No. 268269.
Prior report: La.App., 506 So.2d 941.
Denied.